AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER ADAM TETTER<br><br>Defendant | ) ) ) ) ) ) ) Case No. 1:20CR224-1 |

**FILED JUL -2 2020 Clerk U.S. District Court Greensboro, NC BY**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER ADAM TETTER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distrbute oxcodone in violation of 21:846 and 841(b)(1)(C).

Date: 06/23/2020

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Joy Daniel, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/26/2020, and the person was arrested on *(date)* 06/26/2020
at *(city and state)* YADKINVILLE, NC.

Date: 06/26/2020

*Arresting officer's signature*

SA A. CORTES, DEA
*Printed name and title*